UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW WEINSTEIN,

    Plaintiff,

    v.

KATAPULT GROUP, INC.,

    Defendant.

Case No. 21-cv-05175-PJH

**ORDER**

Re: Dkt. No. 61

The court is in receipt of the parties' stipulation and proposed order amending deadlines previously set by the court.  The parties offer no good cause to amend the deadlines.  The proposed new deadlines directly contravene the court's pretrial instructions, including the requirement that "All dispositive motions are heard **no later than 120 days before trial**, unless leave of court is obtained for another deadline."  Dkt. 31 at 2 (emphasis in original).  Further, the stipulation violates the procedure for amending the case management order.  See Dkt. 31 at 7-8 ("**The parties may not modify the pretrial schedule by stipulation**" (emphasis in original)).  Given the parties' failure to comply with the court's earlier instructions, the court DENIES the stipulation.

**IT IS SO ORDERED.**

Dated: June 27, 2022

                                              */s/ Phyllis J. Hamilton*
                                              PHYLLIS J. HAMILTON
                                              United States District Judge