UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW WEINSTEIN,

        Plaintiff,

    v.

KATAPULT GROUP, INC.,

        Defendant.

Case No. 21-cv-05175-PJH

**ORDER RE: DEFENDANT'S ADMINISTRATIVE MOTION**

Re: Dkt. No. 63

Before the court is defendant's administrative motion pursuant to Civil Local Rule 7-11 requesting an extension of deadlines. Having read the papers filed by the parties and carefully considered their arguments, and good cause appearing, the court hereby GRANTS defendant's motion to amend the deadlines. The new case management deadlines are as follows (and slightly different from defendant's proposed dates):

| Scheduled Event | New Date |
| --- | --- |
| Close of Fact Discovery | October 28, 2022 |
| Expert Witness Disclosure and Reports | November 14, 2022 |
| Rebuttal Expert Disclosure | December 16, 2022 |
| Close of Expert Discovery | January 20, 2023 |
| Last Day to Hear Dispositive Motions | February 9, 2023 |
| Pretrial Conference Date | May 25, 2023 |
| Trial Date | June 26, 2023 |

1  **IT IS SO ORDERED.**

2  Dated: July 11, 2022

3  /s/ Phyllis J. Hamilton
   PHYLLIS J. HAMILTON
4  United States District Judge